UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAOCHING SAELEE,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C20-0721-MJP-MAT

REPORT AND RECOMMENDATION

Petitioner initiated this 28 U.S.C. § 2241 habeas action *pro se* to obtain release from the custody of U.S. Immigration and Customs Enforcement ("ICE") at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. (Dkt. 1.) On May 19, 2020, the Court ordered Respondent to respond to Petitioner's habeas petition. (Dkt. 5.) On June 11, 2020, Respondent moved to dismiss this action as moot because Petitioner had been removed from the United States. (Dkt. 6.) On June 18, 2020, the copy of the Court's May 19, 2020 order that was mailed to Petitioner at the NWIPC was returned as undeliverable. (Dkt. 9.)

Pursuant to Local Civil Rule 41(b), *pro se* parties are required to keep the Court and opposing parties advised of their current mailing address. Local Rules W.D. Wash. LCR 41(b). If mail sent to a *pro se* petitioner by the Clerk is returned as undeliverable, and if the petitioner fails

REPORT AND RECOMMENDATION - 1

to notify the Court and opposing parties of his or her current mailing address within 60 days of the mail being returned as undeliverable, the Court may dismiss the action without prejudice for failure to prosecute. *Id.* Here, more than 60 days have passed since the copy of the Court's May 19, 2020 order was returned as undeliverable. Accordingly, the Court recommends that this action be DISMISSED without prejudice for failure to prosecute. *See* Local Rules W.D. Wash. LCR 41(b). The Court further recommends that Respondent's motion to dismiss (Dkt. 6) be DENIED as moot. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 11, 2020**.

Dated this 20th day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge