UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAOCHING SAELEE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　Respondent. | Case No. C20-0721-MJP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rules W.D. Wash. LCR 41(b);

(3) Respondent's motion to dismiss (Dkt. 6) is DENIED as moot; and

\\

\\

\\

ORDER OF DISMISSAL - 1

(4)   The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 15th day of September, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2